IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 11-3478-CV-S-ODS<br>) |
| THAT'S GREAT NEWS, LLC, et al., | )<br>) |
| Defendants. | ) |

**ORDER (1) DISMISSING CASE WITHOUT PREJUDICE; AND (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT**

On January 14, 2013, Defendant filed a Motion to Dismiss (Doc. # 41) in light of the dismissal of the underlying suit giving rise to this insurance coverage dispute. Plaintiff has no objection to Defendant's Motion and consents to the dismissal of this action without prejudice. (*See* Doc. # 43). Accordingly, the case is dismissed without prejudice.

Also pending is Plaintiff's Motion for Summary Judgment (Doc. # 33). The Motion is denied as moot.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: January 31, 2013          UNITED STATES DISTRICT COURT